UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF ELK GROVE, et al.,<br><br>             Defendants. | No.  2:23-cv-00052-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 2, 3) |

Plaintiff Raghvendra Singh, proceeding *pro se*, initiated this civil action on January 11, 2023.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2023, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed, without prejudice, because this court does not have subject matter jurisdiction over plaintiff's legally frivolous claims.  (Doc. No. 3 at 2–3.)  The magistrate judge explained that plaintiff's vague and conclusory allegations of defendants' illegal and unconstitutional actions are insufficient to allege federal question or diversity jurisdiction.  (*Id.* at 3.)  Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 27, 2023 (Doc. No. 3) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied as having been rendered moot by this order;
3. This action is dismissed due to this court's lack of jurisdiction over plaintiff's claim; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2